UNITED STATES DISTRICT COURT

DISTRICT OF ALASKA

| | |
|---|---|
| TIMOTHY HOWARD,<br><br>    Plaintiff,<br><br>vs.<br><br>C. LANE, *et al.*,<br><br>    Defendants. | Case No. 1:12-cv-01875-RRB<br><br>**ORDER REGARDING**<br>**MOTION AT DOCKET 15** |

At **Docket 15** Plaintiff Timothy Howard filed a Motion requesting this Court order the U.S. Marshals Service to serve Defendants M. Harris, J. Martins, and S. Furlong. The record indicates that on September 18, 2013, the Court ordered the U.S. Marshall to serve the First Amended Complaint on Defendants S. Furlong, M. Harris, and J. Martins.[1] Although five (5) months have lapsed since the Order was issued, it does not appear from the record that a return of service has been filed by the U.S. Marshals Service; nor have any of the Defendants appeared in this matter.

Accordingly, Plaintiff's Motion Requesting this Court to Order the U.S. Marshal to Serve Defendants at **Docket 15** is **GRANTED**.

---

[1] Docket 13.

ORDER [Re: Motion at Docket 15]
*Howard v. Lane*, 1:12-cv-01875-RRB - 1

On or before **March 17, 2014,** the U.S. Marshals Service is directed to file a status report regarding service on Defendants S. Furlong, M. Harris, and J. Martins.

**IT IS SO ORDERED** this 24th day of February, 2014.

                              S/ RALPH R. BEISTLINE
                              UNITED STATES DISTRICT JUDGE