UNITED STATES DISTRICT COURT

DISTRICT OF ALASKA

| | |
|---|---|
| TIMOTHY HOWARD,<br><br>        Plaintiff,<br><br>vs.<br><br>C. LANE, *et al.*,<br><br>        Defendants. | Case No. 1:12-cv-01875-RRB<br><br>**ORDER TO SHOW CAUSE** |

On September 18, 2013, the Court entered its Order directing service on Defendants.[1] The summons issued to Defendant S. Furlong was returned unexecuted on March 7, 2014.[2] More than 120 days have lapsed since the summons was issued to Defendant S. Furlong and service has not been effected. Accordingly,

**NOTICE IS HEREBY GIVEN THAT** unless on or before **May 14, 2014,** Plaintiff shows good cause for the failure to timely effect service, the Complaint as to Defendant S. Furlong will be **DISMISSED** without prejudice.[3]

**IT IS SO ORDERED** this 11th day of April, 2014.

S/ RALPH R. BEISTLINE
UNITED STATES DISTRICT JUDGE

---

[1]     Docket 13.

[2]     Docket 19.

[3]     Fed. R. Civ. P. 4(m).

ORDER TO SHOW CAUSE