UNITED STATES DISTRICT COURT

DISTRICT OF ALASKA

| | |
|---|---|
| TIMOTHY HOWARD,<br><br>        Plaintiff,<br><br>vs.<br><br>C. LANE, *et al.*,<br><br>        Defendants. | Case No. 1:12-cv-01875-RRB<br><br>**ORDER DENYING MOTION<br>AT DOCKET 32** |

At **Docket 32** Plaintiff Timothy Howard, a state prisoner appearing *pro se*, has requested the Clerk of the Court to issue subpoenas duce tecum and U. S. Marshal's forms ostensibly for the purpose of obtaining authentication by third-party correctional officers of certain documents authored and/or signed by them. Howard has identified ten (10) such officers.

Authenticity of documents may be established by other less burdensome methods, including the stipulation of the parties. At this point, Plaintiff has not shown any necessity for burdening this Court or the U.S. Marshals Service with issuing and serving subpoenas.

Accordingly, Plaintiff's Motion for Subpoena Duces Tecum, Summons, and U.S. Marshal Forms at **Docket 32** is **DENIED**, without prejudice.

**IT IS SO ORDERED** this 5th day of June, 2014.

S/ RALPH R. BEISTLINE<br>
UNITED STATES DISTRICT JUDGE