UNITED STATES DISTRICT COURT

DISTRICT OF ALASKA

| | |
|---|---|
| TIMOTHY HOWARD,<br><br>        Plaintiff,<br><br>vs.<br><br>C. LANE, *et al.*,<br><br>        Defendants. | Case No. 1:12-cv-01875-RRB<br><br>**ORDER GRANTING**<br>**MOTION AT DOCKET 40** |

For good cause shown, the Request to Seal Document at **Docket 40** is hereby **GRANTED**.

**IT IS SO ORDERED** this 2nd day of September, 2014.

                                        S/ RALPH R. BEISTLINE
                                        UNITED STATES DISTRICT JUDGE