# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TIMOTHY HOWARD,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>M. HARIS, et al.,<br><br>　　　　Defendants. | Case No.: 1:12-cv-01875-JLT (PC)<br><br>ORDER SETTING EVIDENTIARY HEARING<br><br>ORDER REQUIRING DEFENDANTS TO LODGE LETTERS<br><br>ORDER REQUIRING DEFENDANTS TO CONSENT OR DECLINE TO MAGISTRAE JUDGE JURISDICTION |

　　　　The Court[1] granted the defendants' motion for summary judgment (Doc. 61). In doing so, the Court revoked the plaintiff's in forma pauperis status because, "any appeal would be taken in bad faith." (Id. at 17)

　　　　During the subsequent appeal, the Court has been advised through order of the Court of Appeals that the plaintiff sent a letter to the California Attorney General's Office indicating that he would kill at least one correctional officer if the appeal did not resolve to his satisfaction. (Doc.72 at 2) After the Attorney General argued to the Court of Appeals that it should issue terminating sanctions as a consequence of the plaintiff sending the letter, the plaintiff sent another letter apologizing and saying that he made the statements because he felt frustrated. Id. He argued that his apology made terminating sanctions inappropriate. Id.

　　　　The Court agreed that a sincere apology may indicating that less drastic sanctions may be

---

[1] Visiting judge, Chief Judge Beistline who was sitting by assignment, issued this determination.

appropriate and remanded the matter to this Court for the purpose of "determining the credibility of Howard's letter of apology . . ." (Doc. 72 at 4.) The Court observed, "[t]he district court may want to hold a hearing and take testimony to assist in making the credibility determination." Id. Therefore, the Court **ORDERS**:

1. The Court sets an evidentiary hearing on **June 27, 2018** at 8:30 a.m. at the United States Courthouse, located at 510 19th Street, Bakersfield, CA 93301;

2. **No later than June 8, 2018**, the Attorney General **SHALL** file the two letters at issue and the papers the Attorney General filed in the Court of Appeals seeking terminating sanctions;

3. **No later than June 8, 2018**, the defendants **SHALL** file a consent or decline to magistrate judge jurisdiction.

IT IS SO ORDERED.

    Dated:   **May 30, 2018**                          **/s/ Jennifer L. Thurston**
                                                           UNITED STATES MAGISTRATE JUDGE