UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TIMOTHY HOWARD,<br><br>        Plaintiff,<br><br>    v.<br><br>M. HARRIS, et al.,<br><br>        Defendant. | )<br>)  Case No.: 1:12-cv-01875-JLT<br>)<br>)  NOTICE AND ORDER THAT INMATE<br>)  TIMOTHY HOWARD, CDC # J-95136, IS NO<br>)  LONGER NEEDED AS A WITNESS IN THESE<br>)  PROCEEDINGS, AND THE WRIT OF HABEAS<br>)  CORPUS AD TESTIFICANDUM IS<br>)  DISCHARGED<br>)<br>) |

The evidentiary hearing in this matter concluded on June 27, 2018. Plaintiff inmate Timothy Howard, CDC #J-95136, is no longer needed by the Court as a witness in these proceedings. Accordingly, the writ of habeas corpus ad testificandum as to this inmate is HEREBY DISCHARGED.

IT IS SO ORDERED.

Dated: **June 27, 2018**

                                            UNITED STATES MAGISTRATE JUDGE

1